Case 2:24-cv-50069 Document 1-1 Filed 02/06/24 Page 1 of 11 PageID #:7
This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | For Court Use Only |
|---|---|---|
| DeKalb COUNTY | | |

| **Instructions ▼** | | |
|---|---|---|
| Enter above the county name where the case was filed. | AUDRA E. CRONAUER REVOCABLE TRUST, <br> **Plaintiff / Petitioner** (First, middle, last name) | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | **Defendants / Respondents** (First, middle, last name) <br> LIBERTY MUTUAL, ALI JAFARIE, & COMSEARCH | 2024LA000001 <br> **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.) | |

---

# IMPORTANT: You have been sued.

- Read all documents attached to this Summons.

- You MUST file an official document with the court within the time stated on this Summons called an *Appearance* and a document called an *Answer/Response*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.

- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

---

### Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

- All criminal cases
- Eviction
- Small Claims
- Divorce

- Order of protection
- Paternity
- Stalking no contact orders
- Civil no contact orders

- Adult guardianship
- Detinue
- Foreclosure
- Administrative review cases

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

**1. Defendant/Respondent's address and service information:**

| | |
|---|---|
| In **1a**, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | a. Defendant/Respondent's primary address/information for service:<br>Name *(First, Middle, Last):*  LIBERTY MUTUAL<br>Registered Agent's name, if any:  ILLINOIS CORPORATION SERVICE COMPANY<br>Street Address, Unit #:  801 ADLAI STEVENSON DRIVE<br>City, State, ZIP:  SPRINGFIELD, IL 62703<br>Telephone: _____ Email: _____ |
| In **1b**, enter a second address for the first Defendant/ Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name *(First, Middle, Last):* _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to this Defendant/ Respondent. | c. Method of service on Defendant/Respondent:<br>☐ Sheriff   ☐ Sheriff outside Illinois: _____<br>*County & State*<br>☑ Special process server   ☐ Licensed private detective |

| | |
|---|---|
| Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached. | ☐ **I am serving more than 1 Defendant/Respondent.**<br>I have attached _____ *Additional Defendant/Respondent Address*<br> *Number*<br>*and Service Information* forms. |

**2. Information about the lawsuit:**

| | |
|---|---|
| In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property. | a. Amount claimed:  $ 50,000.00<br>☐ b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession). |

**3. Contact information for the Plaintiff/Petitioner:**

| | |
|---|---|
| In **3**, enter your complete address, telephone number, and email address, if you have one. | Name *(First, Middle, Last):* AUDRA E. CRONAUER REVOCABLE TRUST c/o Cronauer Law<br>Street Address, Unit #:  1101 DeKalb Ave., Ste. 2<br>City, State, ZIP:  Sycamore, IL 60178<br>Telephone:  815-895-8585   Email:  service@cronauerlaw.com |

> **GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons.*<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms. |

**4. Instructions for person receiving this *Summons* (Defendant):**

| | |
|---|---|
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | ☑ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:<br>Address:  133 W State St<br>City, State, ZIP:  Sycamore, IL 60178 |

| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.* |
| --- |

b. Attend court:

On: 03/21/2024 at 9:00 ☑ a.m. ☐ p.m. in 300

    *Date*      *Time*            *Courtroom*

**In-person at:**

133 W State St, Sycamore, IL 60178

*Courthouse Address*     *City*         *State*     *ZIP*

OR

| In **4b**, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website. All of this information is available from the Circuit Clerk. |
| --- |

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: (312)626-6799

                   *Call-in number for telephone remote appearance*

By video conference: zoom.us

                       *Video conference website*

Meeting ID: 634 979 0734 Password: 12345

     *Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: (815) 895-7131      or visit their website

                    *Circuit Clerk's phone number*

at: dekalbcounty.org/departments/circuit-cler   to find out more about how to do this.

     *Website*

| STOP!<br>The Circuit Clerk will fill in this section. |
| --- |

Witness this Date:

1/3/2024 9:45 AM

Clerk of the Court:    *Don Grubbs*   BM

**STOP! The officer or process server will fill in the Date of Service**

Note to officer or process server:

- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 40 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____

*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| | | |
|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT**<br><br>DeKalb _____ COUNTY | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION** | *For Court Use Only* |

| **Instructions** | | |
|---|---|---|
| Enter above the county name where the case was filed. | AUDRA E. CRONAUER REVOCABLE TRUST, _____<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/Respondents. | v.<br><br>LIBERTY MUTUAL, ALI JAFARIE, & COMSEARCH _____<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 2024LA000001 _____<br>**Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
       ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: _____  Race: _____
       On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
       Address, Unit#: _____
       City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
       On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
       Address, Unit#: _____
       City, State, ZIP: _____
       And left it with: _____
         *First, Middle, Last*
       ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: _____  Race: _____
       and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on this date: _____ .

    ☐ On the Corporation's agent, _____
         *First, Middle, Last*
       ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: _____  Race: _____
       On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
       Address: _____
       City, State, ZIP: _____

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

_____

*Signature by:*  ☐ Sheriff
                 ☐ Sheriff outside Illinois:

                 _____
                 *County and State*
                 ☐ Special process server
                 ☐ Licensed private detective

_____
*Print Name*

**FEES**
Service and Return:  $ _____
Miles _____  $ _____
Total                $ _____

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT
DEKALB COUNTY, ILLINOIS

**FILED**

1/2/2024 11:16 AM
2024LA000001

*Lori Grubbs*

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

AUDRA E. CRONAUER REVOCABLE
TRUST,

Plaintiff,

v.

LIBERTY MUTUAL, ALI JAFARIE, &
COMSEARCH,

Defendants.

Case No.: 24 _____ 2024LA000001 _____

**JURY TRIAL REQUESTED**

## COMPLAINT IN EQUITY

NOW COMES the Plaintiff, by its undersigned attorneys, CRONAUER LAW, LLP, and for its

Complaint against Defendants, states as follows:

### FACTS COMMON TO ALL COUNTS

1. Plaintiff possesses legal and equitable title to 2022 DeKalb Ave., DeKalb, IL, 60115.

2. On or about May 25, 2023, LIBERTY MUTUAL's insured lost control of her vehicle and

   slid into Plaintiff's property at 2022 Sycamore Road, which is accurately depicted below:

> **NOTICE**
> BY ORDER OF COURT THIS CASE IS
> HEREBY SET FOR CASE MANAGEMENT
> CONFERENCE TO BE CONDUCTED AT
> THE DEKALB COUNTY COURTHOUSE,
> SYCAMORE, IL IN ACCORDANCE WITH
> SUPREME COURT RULE 218 BEFORE
> JUDGE WALLER
> ON 3/27/24 AT 9:00AM
> FAILURE TO APPEAR MAY RESULT IN
> THE CASE BEING DISMISSED OR AN
> ORDER OF DEFAULT BEING ENTERED



3. Due to the crash and uncertainty surrounding the building's structure, the City condemned the building on May 25, 2023, pending review and approval of fitness for occupancy by a licensed structural engineer.

4. Restore Construction Inc. was hired by the City of DeKalb to temporarily secure the property the night of the cash. Restore's bill for goods and services was $1,055 which has been paid.

5. In order to repair the building, enable tenants to return to their residence in order to live, and lift the condemnation, Plaintiff paid Weaver Constructed $4,220.00 to do the repair work and obtain the structural engineer review.

6. Plaintiff was able to have the condemnation order was lifted within 24 hours so that residents could return home and not be displaced or otherwise rehomed so that Plaintiff's damages could be mitigated if the building stayed condemned.

7. In order to repair the building, $38,770 was paid by Plaintiff to Weaver Construction.

8. $335.00 was paid to Fox Valley Fire in order to repair the fire alarm after the building repairs were completed.

9. On August 3, 2023, Liberty Mutual's agent, Ali Jafarie of Comsearch, Inc., reviewed the Weaver charges for the repair work and "After reviewing the estimate, I have found all charges to be fair and reasonable." *See* Exhibit A, attached hereto.

10. Around September 26, 2023, Liberty Mutual sent Plaintiff $21,357.92 of the $38,770 invoice.

11. Despite follow up by Plaintiff, Liberty Mutual refused then and continues to refuse now to pay the entire $38,770 invoice. $17,412.08 remains due and an owing to Plaintiff for the reasonable and necessary repairs made to the property as a result of its insured's negligence.

12. After the Weaver bill was paid, in full, by Plaintiff, Ali Jafarie from Comsearch talked to Todd of Weaver Construction the night of October 3, 2023, on behalf of Liberty Mutal asking Weaver to "renegotiate" Weaver's bill for services.

### COUNT I: DECLARATORY JUDGMENT ACTION (LIBERTY MUTUAL)

13. Weaver's bill has been paid in full by Plaintiff.

14. Liberty Mutual is denying the reasonableness of the bill, creating an actual controversy needing adjudication.

15. Paid bills are *prima facia* evidence of their reasonableness.

16. Defendant Liberty Mutual has no basis to deny the reasonableness of the Weaver bill given that it is paid, in full, and its own agent confirmed in writing on August 3, 2023 that the bill was reasonable.

WHEREFORE, Plaintiff prays that this Court enter a judgment in Plaintiff's favor against Liberty Mutual Insurance for $17,412.08 plus taxable costs, and all other relief deemed equitable and just after a trial by jury.

## COUNT II. FRAUD & DECEIT (ALL DEFENDANTS)

17. On August 3, 2023, Defendants Liberty Mutual and Comsearch, Inc through its agent, Ali Jafarie, stated that the Weaver bill for $38,000 plus change was reasonable for the services being rendered.

18. Defendants did not believe the truth of these statements given its refusal to reimburse Plaintiff for the bill, alleging its unreasonableness.

19. Defendants made the statements when it knew or should have known its statement was false and not believed by Liberty Mutual.

20. Defendants vicariously and individually made these statements with the intent to induce the Plaintiff to authorize the work be performed and completed to the building.

21. Plaintiff reasonably believed the statements and acted on them by authorizing the repair work and paying Weaver, in full, in justifiable reliance on the truth of the statements.

22. Defendant, unaware that Plaintiff had paid the bill, then sought to "renegotiate" Weaver's bill, thinking the work had been done and the bill left unpaid since insurance had not reimbursed Plaintiff in full for the charges.

23. Defendants conduct above violates, *inter alia,* 215 ILCS 5/154.6, and is a fraudulent claims practice that is unlawful.

24. Plaintiff suffered harm in the amount of $17,412.08 as a result of the fraudulent claims practices and entitled to punitive damages for the fraudulent claims practice.

WHEREFORE, Plaintiff prays that this Court enter a judgment in Plaintiff's favor against Liberty Mutual Insurance for $17,412.08, plus punitive damages in excess of $50,000, taxable costs, attorney fees, and all other relief deemed equitable and just.

### COUNT III: PROMISSORY ESTOPPEL (ALL DEFENDANTS)

25. On August 3, 2023, Defendants stated the repair charges where reasonable.

26. In reliance on the August 3, 2023, promissory statement about the reasonableness of the charges, Plaintiff relied on the statement in order to authorize the repair work and did pay for the services and goods that were deemed reasonable by Defendants.

27. Plaintiff's reliance was foreseeable given that the building's lower level could not be occupied until the repairs where completed.

28. Plaintiff suffered detriment relying on the promise given the unpaid portion of the bill that Defendants sought to "renegotiate" in October.

WHEREFORE, Plaintiff prays that this Court enter a judgment in Plaintiff's favor against Liberty Mutual Insurance for $17,412.08 plus taxable costs, and all other relief deemed equitable and just after a trial by jury.

/s/ C. Nicholas Cronauer
By: Cronauer Law, LLP
Attorneys for Plaintiff

CRONAUER LAW, LLP
Attorneys for Plaintiff
1101 DeKalb Ave, Suite 2
Sycamore, IL 60178
(815)895-8585/ F: (815)895-4070
NC@CronauerLaw.com

## IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT
## DEKALB COUNTY, ILLINOIS

AUDRA E. CRONAUER REVOCABLE
TRUST,

Plaintiff,

v.

LIBERTY MUTUAL, ALI JAFARIE, &
COMSEARCH,

Defendants.

**FILED**

1/2/2024 11:16 AM
2024LA000001

*Lori Grubbs*

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

Case No.
**2024LA000001**

**JURY TRIAL DEMANDED**

## 12 PERSON JURY DEMAND

The undersigned demands a jury trial of 12 Jurors.

Respectfully Submitted,

/s/ C. Nicholas Cronauer
By: Cronauer Law, LLP
Attorneys for Plaintiff

CRONAUER LAW, LLP
Attorneys for Plaintiff
1101 DeKalb Ave, Suite 2
Sycamore, IL 60178
(815)895-8585/ F: (815)895-4070
NC@CronauerLaw.com