**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| AUDRA E. CRONAUER REVOCABLE TRUST, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 24-cv-50057 |
| v. | ) ) ) | |
| LIBERTY SURPLUS INSURANCE CORPORATION d/b/a LIBERTY MUTUAL, ALI JAFARIE and COMSEARCH, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

NOW COMES the Defendant, LIBERTY SURPLUS INSURANCE CORPORATION d/b/a LIBERTY MUTUAL ("Liberty Mutual") by and through its attorneys, HEPLERBROOM LLC, and hereby provides notice of settlement as follows:

1. On February 15, 2024, counsel for Plaintiff, the AUDRA E. CRONAUER REVOCABLE TRUST and counsel for Defendant, LIBERTY SURPLUS INSURANCE CORPORATION d/b/a LIBERTY MUTUAL reached an agreement to settle all issues in dispute between the parties, with said settlement to be effectuated by a written release and settlement agreement.

2. On February 23, 2024, counsel for Defendant tendered a draft release and settlement agreement to counsel for Plaintiff.

3. The parties expect to have the release finalized, executed and the settlement funded in the next thirty (30) days. The parties further expect to have a Fed. R. Civ. P. 41 stipulation of dismissal, with prejudice of the entire lawsuit, filed in the next thirty (30) days.

4.  Defendant respectfully requests that all pending motions be entered and continued generally, pending the forthcoming Fed. R. Civ. P. 41 stipulation of dismissal.

Respectfully Submitted,

**LIBERTY SURPLUS INSURANCE CORPORATION d/b/a LIBERTY MUTUAL**

By: /s/ James P. DuChateau, Esq.
One of its attorneys

James P. DuChateau, Esq. / ARDC 6298091
HEPLER BROOM, LLC
70 W. Madison St., Ste. 2600
Chicago, Illinois 60602
Phone No. (312) 230-9100
Fax No. (312) 230-9201
Email: james.duchateau@heplerbroom.com
***COUNSEL FOR DEFENDANT***

## CERTIFICATE OF SERVICE

I, James P. DuChateau, hereby certify that on February 23, 2024 a true and correct copy of ***Defendant Liberty Surplus Insurance Corp. d/b/a Liberty Mutual's Notice of Settlement*** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who have heretofore appeared in this matter.

/s/ James P. DuChateau