IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AUDRA E. CRONAUER REVOCABLE TRUST, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 24-cv-50057 |
| v. | ) ) ) | |
| LIBERTY SURPLUS INSURANCE CORPORATION d/b/a LIBERTY MUTUAL, ALI JAFARIE and COMSEARCH, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

NOW COMES the Plaintiff, AUDRA E. CRONAUER REVOCABLE TRUST, and the Defendants, LIBERTY SURPLUS INSURANCE CORPORATION d/b/a LIBERTY MUTUAL, ALI JAFARIE and COMSEARCH, INC. by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate and agree that all matters in controversy have been compromised and settled to the satisfaction of the parties; and that further, this cause of action shall be dismissed with prejudice and without costs to any party herein.

By:

**AUDRA E. CRONAUER
REVOCABLE TRUST,**

/s/ Nicholas Cronauer
C. Nicholas Cronauer, Esq.
Cronauer Law LLP
1101 DeKalb Avenue, Suite 2
Sycamore, Illinois 60178
Phone: (815) 895-8585
Email: nc@cronauerlaw.com

By:

**LIBERTY SURPLUS INSURANCE
CORP. d/b/a LIBERTY MUTUAL,**

/s/ James P. DuChateau
James P. DuChateau, Esq.
HeplerBroom, LLC
70 W. Madison Street, Suite 2600
Chicago, Illinois 60602
Phone: (312) 230-9100
Email: james.duchateau@heplerbroom.com

| | |
|---|---|
| By: | By: |
| **ALI JAFARIE,** | **COMSEARCH, INC.,** |
| /s/ Abigail Van Hook, Esq. | /s/ Abigail Van Hook, Esq. |
| Christopher R. Barth, Esq. | Christopher R. Barth, Esq. |
| Abigail Van Hook, Esq. | Abigail Van Hook, Esq. |
| Locke Lord LLP | Locke Lord LLP |
| 111 S. Wacker Drive, Suite 4100 | 111 S. Wacker Drive, Suite 4100 |
| Chicago, Illinois 60606 | Chicago, Illinois 60606 |
| Phone: (312) 443-0700 | Phone: (312) 443-0700 |
| Email: cbarth@lockelord.com | Email: cbarth@lockelord.com |
| Email: abigail.vanhook@lockelord.com | Email: abigail.vanhook@lockelord.com |

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, states that he filed ***Fed. R. Civ. P. 41(a)(1)(A)(ii) Stipulation to Dismiss*** via CM/ECF on March 22, 2024, causing a copy of the same to thereby be served on all counsel of record.

By: /s/ James P. DuChateau
One of its attorneys